# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

VERONICA ESTRADA DELGADO,

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent.

CASE NO. 18cv455-LAB

**ORDER DENYING MOTION UNDER 28 U.S.C. § 2255**

Veronica Estrada Delgado pled guilty to conspiracy to import methamphetamine and heroin. The guidelines suggested up to 210 months in jail—the Court sentenced Estrada to 87 months. Estrada filed a § 2255 petition challenging her sentence because she didn't receive a reduction for minor role. But Estrada knowingly and voluntarily agreed to waive any collateral attack on her sentence if it was less than 120 months. *United States v. Abarca*, 985 F.2d 1012, 1014 (9th Cir. 1993). And her role wasn't minor: she conspired to import at least 6 pounds of methamphetamine, 20 pounds of heroin, and used her home as the collection point for the drugs. *See United States v. Lambarena-Jaime*, 617 F. App'x 662, 663 (9th Cir. 2015) (affirming denial of minor role for conspiring to import methamphetamine). The motion is **DENIED**.

**IT IS SO ORDERED**.

Dated: April 30, 2018

_____

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -